# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DEANNA LAURENT

VERSUS

HERBERT REISS PLAUCHE, M.D.,
FAIRWAY MEDICAL CENTER,
L.L.C. D/B/A FAIRWAY MEDICAL
CENTER AND LOUISIANA MEDICAL
MUTUAL INSURANCE COMPANY

NO.  2020 CW 0729

**OCTOBER 26, 2020**

In Re:  Fairway Medical Center, L.L.C. d/b/a Fairway Medical Center, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2015-10594.

BEFORE:  **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.**  Finding genuine issues of material fact remain, we reverse the trial court's ruling granting summary judgment on liability and causation, and remand the case for further proceedings.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT